**Electronically Filed
Supreme Court
SCWC-16-0000090
02-NOV-2017
10:03 AM**

SCWC-16-0000090

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DESMOND J. LEWI, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000090; S.P.P. NO. 15-1-0003 (CR. NO. 08-1-0483))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Desmond J. Lewi's application for writ of certiorari filed on September 5, 2017, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, November 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

